**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PA, : No. 44 MM 2017
:
Respondent :
:
:
v. :
:
:
SHAUN PATRICK AUSTIN, :
:
Petitioner :

**ORDER**

**PER CURIAM**

   **AND NOW**, this 9th day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Request for Appointment of Counsel and the Petition for Writ of Habeas Corpus and Writ of Mandamus are **DENIED**.